UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| NECKEYA BALDWIN and TY'REEK POWELL,<br><br>  Plaintiffs,<br><br>    v.<br><br>RUBENS TRUCKING, INC. and JUAN MARTINEZ,<br><br>  Defendants. | CASE NO. 1:22-CV-207-HAB-SLC |

## ORDER

Rubens Trucking, Inc. and Juan Martinez, by counsel, filed a Notice of Removal in this Court. The removed state court complaint raises claims based on events which occurred in Elkhart County, Indiana, which is located within the geographical boundaries of the South Bend Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may…transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED on June 23, 2022.

              s/Holly A. Brady
              JUDGE HOLLY A. BRADY
              UNITED STATES DISTRICT COURT